**Brandon WALLACE, Plaintiff–Appellant,**

v.

**Levern COHEN, individual and official capacity, Warden of Ridgeland Correctional Inst.; John Ozmint, individual and official capacity, Director of SCDC, Defendants–Appellees.**

No. 11–7567.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Brandon Wallace, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Wallace appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wallace v. Cohen,* No. 8:10–cv–02856–CMC, 2011 WL 5025328 (D.S.C. Oct. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*